United States District Court

Eastern District of Louisiana

N Lake Concrete

v.                                    CIVIL ACTION NO. 2:00-cv-00070 F

Pac Coast Leasing

    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 11, 2000.

                                        By Direction of the Court

                                        LORETTA G. WHYTE, CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JAN -7 P 4: 47
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| NORTHLAKE CONCRETE PUMPING, INC., RANDY KEMP and RUSSELL SANDERS | * * * | CIVIL ACTION NO. **00-0070** |
| VERSUS | * | SECTION " " **SECT F MAG 3** |
| PACIFIC COAST LEASING, INC. | * | MAG. ( ) |

\* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

TO: Plaintiffs, NORTHLAKE CONCRETE PUMPING, INC., RANDY KEMP and RUSSELL SANDERS
Through their attorney for record
André Coudrain, Esq.
106 S. Magnolia Street
Hammond, LA 70404

John J. Dahmer, Clerk of Court
21st Judicial District Court
Parish of Tangipahoa
P.O. Box 667
Amite, LA 70422

Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

NOW INTO COURT, through undersigned counsel, come defendant, Pacific Coast Leasing, Inc., who pursuant to 28 U.S.C. §§1446, 1441 and 1332 respectfully represent:

I.

Plaintiffs brought suit against defendant PACIFIC COAST LEASING, INC., in the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, such action being designated as Civil Case No. 99-03747. Plaintiffs filed such action on December 1, 1999. Defendant PACIFIC



COAST LEASING, INC. received notification of the action by certified mail to defendant's Post Office Box in Marietta, GA on or about December 8, 1999. Defendant is removing this action within thirty (30) days of receipt by the defendant of plaintiff's initial pleadings pursuant to 28 U.S.C. §1446.

II.

The amount in controversy is in excess of Seventy Five Thousand and no/100 ($75,000.00) Dollars, exclusive of interest and costs.

III.

The plaintiffs are presently, and were at the time of commencing their suit and at all times since, citizens and residents of the State of Louisiana, to the best knowledge of this defendant.

IV.

Defendant, PACIFIC COAST LEASING, INC. is presently, and was at the time of commencement of the suit and at all times since, a corporation organized and existing under the laws of the State of Georgia, having its principal place of business in the State of Georgia and is a citizen of no state other than Georgia for diversity purposes.

V.

Defendant attaches hereto as Exhibit "A", and incorporates herein by reference, the plaintiffs' Complaint and all other pleadings, if any, previously filed in the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, in said action.

VI.

This Notice of Removal is properly filed within thirty (30) days of service or attempted service on defendant of the Complaint.

VII.

This case is removable by reason of diversity of citizenship and because the amount involved exceeds Seventy-Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs, and this Court accordingly has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332.

WHEREFORE, defendant, PACIFIC COAST LEASING, INC. files this Notice of Removal of said action to this Court.

This 4th day of January, 2000.

Respectfully submitted,

USRY & WEEKS

BY: _____
LAMBERT J. HASSINGER, JR. (#21683)
Suite 180, Latter Center West
Post Office Box 6645 (70009)
2800 Veterans Memorial Boulevard
Metairie, LA 70002
Telephone: (504) 833-4600
Usry No.: M99-675-14

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record on this 4TH day of January, 2000, by mailing same in the United States Mail, properly addressed, and first-class postage prepaid.

_____