MINUTE ENTRY
FELDMAN, J.
February 14, 2000

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 14  P 1: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH LAKE CONCRETE PUMPING INC., RANDY KEMP and RUSSELL SANDERS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0070 |
| PACIFIC COAST LEASING, INC. | * | SECTION "F" |

   Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing on the motion.  No memorandum in opposition to the following motion set for hearing on February 16, 2000, was timely submitted:

   Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404.

   Accordingly, the motion is deemed to be unopposed and therefore GRANTED.  The case is hereby transferred to the United States District Court for the Northern District of Georgia, Atlanta Division.



___Fee___
___Process___
_X_ Dktd___
_✓_CtRmDep___
___Doc.No.___

DATE OF ENTRY  FEB 15 2000