MINUTE ENTRY
FELDMAN, J.
March 14, 2000



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH LAKE CONCRETE PUMPING INC., RANDY KEMP and RUSSELL SANDERS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0070 |
| PACIFIC COAST LEASING, INC. | * | SECTION "F" |

    Before the Court is plaintiffs' Motion for Reconsideration of the Court's Minute Entry on February 14, 2000, granting defendant's Motion to Transfer Pursuant as unopposed. For the following reasons the motion is DENIED.

    In this motion, the plaintiffs move the Court to reconsider the transfer of this case to the United States District Court for the Northern District of Georgia on the basis that the District Court in Georgia does not have jurisdiction and that venue is not proper. The defendant asserts that under the first-to-file rule, the District Court in Georgia should determine whether it has jurisdiction, or whether the Northern District of Georgia is the proper venue. The Court agrees. Under the first-to-file rule, when related cases are pending before two federal courts, the court in which the case was last filed may refuse to hear it if

DATE OF ENTRY
MAR 1 6 2000

Fee_____
_____Process
X  Dktd_____
_____CtRmDep
Doc.No._____

the issues raised by the cases substantially overlap.  <u>See</u> <u>Save Power Ltd. v. Syntek Fin. Corp.</u>, 121 F.3d 947, 950 (5th Cir.1997); <u>West Gulf Maritime Ass'n v. ILA Deep Sea Local 24</u>, 751 F.2d 721, 728 (5th Cir.1985).  Here, the lawsuit filed in the Northern District of Georgia was filed prior to the lawsuit in this Court and the issues raised in both cases substantially overlap.

    Accordingly, the motion for reconsideration is DENIED.

